# Exhibit 2

BETTER
MARKETS

September 10, 2026

**Via Email and Certified Mail**

Robin Vince
Chief Executive Officer
The Bank of New York Mellon Corporation
240 Greenwich Street
New York, NY 10286

J. Kevin McCarthy
General Counsel
The Bank of New York Mellon Corporation
240 Greenwich Street
New York, NY 10286

**Re: LITIGATION DOCUMENT PRESERVATION NOTICE: Demand To Preserve Documents and Electronically Stored Information In Connection With *Better Markets, Inc. v. Federal Reserve et al.*, filed today in the United States District Court for the District of Columbia.**

To Mr. Vince and Mr. McCarthy,

Better Markets, Inc. ("Better Markets") hereby puts the Bank of New York Mellon Corporation., defined to include its officers, directors, employees, agents, contractors, etc., ("Bank of New York Mellon") on notice that it has today filed suit in the U.S. District Court for the District of Columbia in the matter of *Better Markets, Inc. v. Board of Governors of the Federal Reserve System and Michelle W. Bowman, in her official capacity as Vice Chair for Supervision of the Board of Governors of the Federal Reserve System* (the "Civil Action"). A copy of Better Markets' Complaint in the Civil Action has separately been emailed to you.

In connection with the Civil Action, Better Markets believes that Bank of New York Mellon may have within its possession, custody, or control Documents and/or Electronically Stored Information ("ESI")—as those terms are defined in the Federal Rules of Civil Procedure and/or relevant case law—that Better Markets will seek to discover pursuant to Rule 45 of the Federal Rules of Civil Procedure at the appropriate time.

Better Markets therefore demands that you take all necessary measures to protect, preserve, and secure all such Documents and ESI within the possession, custody, or control of Bank of New York Mellon including but not limited to any Documents or ESI directly or indirectly reflecting, referring to, discussing, or otherwise concerning the subject matters of the Civil Action. This demand includes a duty to suspend the operation of any so-called document-retention or auto-deletion policies, or the like, however denominated, referred to, implemented, or programmed, to the extent necessary to ensure that no potentially responsive Documents or ESI subject to Rule 45 as set forth above are changed, destroyed, overwritten, or altered in any way.

Please be advised that should Better Markets determine that responsive Documents or ESI were altered, written over, deleted, lost or destroyed after the date of this letter, Better Markets reserves all rights and remedies available to it, including, but not limited to, those available under the Federal Rules of Civil Procedure, as well as any remedies available under applicable law for spoliation of evidence or otherwise.

Thank you for your prompt attention to this matter. If you have any questions or concerns in reference to the above-captioned Civil Action, please feel free to contact me at dfreda@bettermarkets.org.

Very truly yours,

Better Markets, Inc.



Dominick V. Freda
Legal Director

BETTER MARKETS

September 10, 2026

**Via Email and Certified Mail**

Brian Moynihan
Chief Executive Officer
Bank of America Corporation
100 North Tryon Street
Charlotte, North Carolina 28255

Lauren Mogensen
General Counsel
Bank of America Corporation
100 North Tryon Street
Charlotte, North Carolina 28255

**Re: LITIGATION DOCUMENT PRESERVATION NOTICE: Demand To Preserve Documents and Electronically Stored Information In Connection With *Better Markets, Inc. v. Federal Reserve et al.*, filed today in the United States District Court for the District of Columbia.**

To Mr. Moynihan and Ms. Mogensen,

Better Markets, Inc. ("Better Markets") hereby puts Bank of America Corporation, defined to include its officers, directors, employees, agents, contractors, etc., ("Bank of America") on notice that it has today filed suit in the U.S. District Court for the District of Columbia in the matter of *Better Markets, Inc. v. Board of Governors of the Federal Reserve System and Michelle W. Bowman, in her official capacity as Vice Chair for Supervision of the Board of Governors of the Federal Reserve System* (the "Civil Action"). A copy of Better Markets' Complaint in the Civil Action has separately been emailed to you.

In connection with the Civil Action, Better Markets believes that Bank of America may have within its possession, custody, or control Documents and/or Electronically Stored Information ("ESI")—as those terms are defined in the Federal Rules of Civil Procedure and/or relevant case law—that Better Markets will seek to discover pursuant to Rule 45 of the Federal Rules of Civil Procedure at the appropriate time.

Better Markets therefore demands that you take all necessary measures to protect, preserve, and secure all such Documents and ESI within the possession, custody, or control of Bank of America including but not limited to any Documents or ESI directly or indirectly reflecting, referring to, discussing, or otherwise concerning the subject matters of the Civil Action. This demand includes a duty to suspend the operation of any so-called document-retention or auto-deletion policies, or the like, however denominated, referred to, implemented, or programmed, to the extent necessary to ensure that no potentially responsive Documents or ESI subject to Rule 45 as set forth above are changed, destroyed, overwritten, or altered in any way.

Please be advised that should Better Markets determine that responsive Documents or ESI were altered, written over, deleted, lost or destroyed after the date of this letter, Better Markets reserves all rights and remedies available to it, including, but not limited to, those available under the Federal Rules of Civil Procedure, as well as any remedies available under applicable law for spoliation of evidence or otherwise.

Thank you for your prompt attention to this matter. If you have any questions or concerns in reference to the above-captioned Civil Action, please feel free to contact me at dfreda@bettermarkets.org.

Very truly yours,

Better Markets, Inc.



Dominick V. Freda
Legal Director

BETTER MARKETS

September 10, 2026

**Via Email and Certified Mail**

Jane Fraser
Chief Executive Officer
Citigroup Inc.
388 Greenwich Street
New York, NY 10013

Brent McIntosh
Chief Legal Officer & Corporate Secretary
Citigroup Inc.
388 Greenwich Street
New York, NY 10013

**Re: LITIGATION DOCUMENT PRESERVATION NOTICE: Demand To Preserve Documents and Electronically Stored Information In Connection With *Better Markets, Inc. v. Federal Reserve et al.*, filed today in the United States District Court for the District of Columbia.**

To Ms. Fraser and Mr. McIntosh,

Better Markets, Inc. ("Better Markets") hereby puts Citigroup Inc., defined to include its officers, directors, employees, agents, contractors, etc., ("Citigroup"), on notice that it has today filed suit in the U.S. District Court for the District of Columbia in the matter of *Better Markets, Inc. v. Board of Governors of the Federal Reserve System and Michelle W. Bowman, in her official capacity as Vice Chair for Supervision of the Board of Governors of the Federal Reserve System* (the "Civil Action"). A copy of Better Markets' Complaint in the Civil Action has separately been emailed to you.

In connection with the Civil Action, Better Markets believes that Citigroup may have within its possession, custody, or control Documents and/or Electronically Stored Information ("ESI")—as those terms are defined in the Federal Rules of Civil Procedure and/or relevant case law—that Better Markets will seek to discover pursuant to Rule 45 of the Federal Rules of Civil Procedure at the appropriate time.

Better Markets therefore demands that you take all necessary measures to protect, preserve, and secure all such Documents and ESI within the possession, custody, or control of Citigroup including but not limited to any Documents or ESI directly or indirectly reflecting, referring to, discussing, or otherwise concerning the subject matters of the Civil Action. This demand includes a duty to suspend the operation of any so-called document-retention or auto-deletion policies, or the like, however denominated, referred to, implemented, or programmed, to the extent necessary to ensure that no potentially responsive Documents or ESI subject to Rule 45 as set forth above are changed, destroyed, overwritten, or altered in any way.

Please be advised that should Better Markets determine that responsive Documents or ESI were altered, written over, deleted, lost or destroyed after the date of this letter, Better Markets reserves all rights and remedies available to it, including, but not limited to, those available under the Federal Rules of Civil Procedure, as well as any remedies available under applicable law for spoliation of evidence or otherwise.

Thank you for your prompt attention to this matter. If you have any questions or concerns in reference to the above-captioned Civil Action, please feel free to contact me at dfreda@bettermarkets.org.

Very truly yours,

Better Markets, Inc.

Dominick V. Freda
Legal Director

BETTER MARKETS

September 10, 2026

**Via Email and Certified Mail**

David M. Solomon
Chief Executive Officer
The Goldman Sachs Group, Inc.
200 West Street
New York, NY 10282

Michael Bosworth
Acting General Counsel
The Goldman Sachs Group, Inc.
200 West Street
New York, NY 10282

**Re: LITIGATION DOCUMENT PRESERVATION NOTICE: Demand To Preserve Documents and Electronically Stored Information In Connection With *Better Markets, Inc. v. Federal Reserve et al.*, filed today in the United States District Court for the District of Columbia.**

To Mr. Solomon and Mr. Bosworth,

Better Markets, Inc. ("Better Markets") hereby puts The Goldman Sachs Group, Inc., defined to include its officers, directors, employees, agents, contractors, etc., ("Goldman Sachs") on notice that it has today filed suit in the U.S. District Court for the District of Columbia in the matter of *Better Markets, Inc. v. Board of Governors of the Federal Reserve System and Michelle W. Bowman, in her official capacity as Vice Chair for Supervision of the Board of Governors of the Federal Reserve System* (the "Civil Action"). A copy of Better Markets' Complaint in the Civil Action has separately been emailed to you.

In connection with the Civil Action, Better Markets believes that Goldman Sachs may have within its possession, custody, or control Documents and/or Electronically Stored Information ("ESI")—as those terms are defined in the Federal Rules of Civil Procedure and/or relevant case law—that Better Markets will seek to discover pursuant to Rule 45 of the Federal Rules of Civil Procedure at the appropriate time.

Better Markets therefore demands that you take all necessary measures to protect, preserve, and secure all such Documents and ESI within the possession, custody, or control of Goldman Sachs including but not limited to any Documents or ESI directly or indirectly reflecting, referring to, discussing, or otherwise concerning the subject matters of the Civil Action. This demand includes a duty to suspend the operation of any so-called document-retention or auto-deletion policies, or the like, however denominated, referred to, implemented, or programmed, to the extent necessary to ensure that no potentially responsive Documents or ESI subject to Rule 45 as set forth above are changed, destroyed, overwritten, or altered in any way.

Please be advised that should Better Markets determine that responsive Documents or ESI were altered, written over, deleted, lost or destroyed after the date of this letter, Better Markets reserves all rights and remedies available to it, including, but not limited to, those available under the Federal Rules of Civil Procedure, as well as any remedies available under applicable law for spoliation of evidence or otherwise.

Thank you for your prompt attention to this matter. If you have any questions or concerns in reference to the above-captioned Civil Action, please feel free to contact me at dfreda@bettermarkets.org.

Very truly yours,

Better Markets, Inc.

Dominick V. Freda
Legal Director

BETTER MARKETS

September 10, 2026

**Via Email and Certified Mail**

Ted Pick
Chief Executive Officer
Morgan Stanley
1585 Broadway
New York, NY 10036

Eric Grossman
Chief Legal Officer
Morgan Stanley
1585 Broadway
New York, NY 10036

**Re: LITIGATION DOCUMENT PRESERVATION NOTICE: Demand To Preserve Documents and Electronically Stored Information In Connection With *Better Markets, Inc. v. Federal Reserve et al.*, filed today in the United States District Court for the District of Columbia.**

To Mr. Pick and Mr. Grossman,

Better Markets, Inc. ("Better Markets") hereby puts Morgan Stanley, defined to include its officers, directors, employees, agents, contractors, etc., ("Morgan Stanley") on notice that it has today filed suit in the U.S. District Court for the District of Columbia in the matter of *Better Markets, Inc. v. Board of Governors of the Federal Reserve System and Michelle W. Bowman, in her official capacity as Vice Chair for Supervision of the Board of Governors of the Federal Reserve System* (the "Civil Action"). A copy of Better Markets' Complaint in the Civil Action has separately been emailed to you.

In connection with the Civil Action, Better Markets believes that Morgan Stanley may have within its possession, custody, or control Documents and/or Electronically Stored Information ("ESI")—as those terms are defined in the Federal Rules of Civil Procedure and/or relevant case law—that Better Markets will seek to discover pursuant to Rule 45 of the Federal Rules of Civil Procedure at the appropriate time.

Better Markets therefore demands that you take all necessary measures to protect, preserve, and secure all such Documents and ESI within the possession, custody, or control of Morgan Stanley including but not limited to any Documents or ESI directly or indirectly reflecting, referring to, discussing, or otherwise concerning the subject matters of the Civil Action. This demand includes a duty to suspend the operation of any so-called document-retention or auto-deletion policies, or the like, however denominated, referred to, implemented, or programmed, to the extent necessary to ensure that no potentially responsive Documents or ESI subject to Rule 45 as set forth above are changed, destroyed, overwritten, or altered in any way.

Please be advised that should Better Markets determine that responsive Documents or ESI were altered, written over, deleted, lost or destroyed after the date of this letter, Better Markets reserves all rights and remedies available to it, including, but not limited to, those available under the Federal Rules of Civil Procedure, as well as any remedies available under applicable law for spoliation of evidence or otherwise.

Thank you for your prompt attention to this matter. If you have any questions or concerns in reference to the above-captioned Civil Action, please feel free to contact me at dfreda@bettermarkets.org.

Very truly yours,

Better Markets, Inc.

Dominick V. Freda
Legal Director

BETTER MARKETS

September 10, 2026

**<u>Via Email and Certified Mail</u>**

Ronald O'Hanley
Chief Executive Officer
State Street Corporation
One Congress Street
Boston, MA 02114

Mark Shelton
General Counsel
State Street Corporation
One Congress Street
Boston, MA 02114

**Re: LITIGATION DOCUMENT PRESERVATION NOTICE: Demand To Preserve Documents and Electronically Stored Information In Connection With *Better Markets, Inc. v. Federal Reserve et al.*, filed today in the United States District Court for the District of Columbia.**

To Mr. O'Hanley and Mr. Shelton,

Better Markets, Inc. ("Better Markets") hereby puts State Street Corporation, defined to include its officers, directors, employees, agents, contractors, etc., ("State Street") on notice that it has today filed suit in the U.S. District Court for the District of Columbia in the matter of *Better Markets, Inc. v. Board of Governors of the Federal Reserve System and Michelle W. Bowman, in her official capacity as Vice Chair for Supervision of the Board of Governors of the Federal Reserve System* (the "Civil Action"). A copy of Better Markets' Complaint in the Civil Action has separately been emailed to you.

In connection with the Civil Action, Better Markets believes that State Street may have within its possession, custody, or control Documents and/or Electronically Stored Information ("ESI")—as those terms are defined in the Federal Rules of Civil Procedure and/or relevant case law—that Better Markets will seek to discover pursuant to Rule 45 of the Federal Rules of Civil Procedure at the appropriate time.

Better Markets therefore demands that you take all necessary measures to protect, preserve, and secure all such Documents and ESI within the possession, custody, or control of State Street including but not limited to any Documents or ESI directly or indirectly reflecting, referring to, discussing, or otherwise concerning the subject matters of the Civil Action. This demand includes a duty to suspend the operation of any so-called document-retention or auto-deletion policies, or the like, however denominated, referred to, implemented, or programmed, to the extent necessary to ensure that no potentially responsive Documents or ESI subject to Rule 45 as set forth above are changed, destroyed, overwritten, or altered in any way.

Please be advised that should Better Markets determine that responsive Documents or ESI were altered, written over, deleted, lost or destroyed after the date of this letter, Better Markets reserves all rights and remedies available to it, including, but not limited to, those available under the Federal Rules of Civil Procedure, as well as any remedies available under applicable law for spoliation of evidence or otherwise.

Thank you for your prompt attention to this matter. If you have any questions or concerns in reference to the above-captioned Civil Action, please feel free to contact me at dfreda@bettermarkets.org.

Very truly yours,

Better Markets, Inc.

Dominick V. Freda
Legal Director

BETTER MARKETS

September 10, 2026

**<u>Via Email and Certified Mail</u>**

Charles Scharf
Chief Executive Officer
Wells Fargo & Company
333 Market Street
San Francisco, CA 94105

Ellen Patterson
General Counsel
Wells Fargo & Company
333 Market Street
San Francisco, CA 94105

**Re: LITIGATION DOCUMENT PRESERVATION NOTICE: Demand To Preserve Documents and Electronically Stored Information In Connection With *Better Markets, Inc. v. Federal Reserve et al.*, filed today in the United States District Court for the District of Columbia.**

To Mr. Scharf and Ms. Patterson,

Better Markets, Inc. ("Better Markets") hereby puts Wells Fargo & Company., defined to include its officers, directors, employees, agents, contractors, etc., ("Wells Fargo") on notice that it has today filed suit in the U.S. District Court for the District of Columbia in the matter of *Better Markets, Inc. v. Board of Governors of the Federal Reserve System and Michelle W. Bowman, in her official capacity as Vice Chair for Supervision of the Board of Governors of the Federal Reserve System* (the "Civil Action"). A copy of Better Markets' Complaint in the Civil Action has separately been emailed to you.

In connection with the Civil Action, Better Markets believes that Wells Fargo may have within its possession, custody, or control Documents and/or Electronically Stored Information ("ESI")—as those terms are defined in the Federal Rules of Civil Procedure and/or relevant case law—that Better Markets will seek to discover pursuant to Rule 45 of the Federal Rules of Civil Procedure at the appropriate time.

Better Markets therefore demands that you take all necessary measures to protect, preserve, and secure all such Documents and ESI within the possession, custody, or control of Wells Fargo including but not limited to any Documents or ESI directly or indirectly reflecting, referring to, discussing, or otherwise concerning the subject matters of the Civil Action. This demand includes a duty to suspend the operation of any so-called document-retention or auto-deletion policies, or the like, however denominated, referred to, implemented, or programmed, to the extent necessary to ensure that no potentially responsive Documents or ESI subject to Rule 45 as set forth above are changed, destroyed, overwritten, or altered in any way.

Please be advised that should Better Markets determine that responsive Documents or ESI were altered, written over, deleted, lost or destroyed after the date of this letter, Better Markets reserves all rights and remedies available to it, including, but not limited to, those available under the Federal Rules of Civil Procedure, as well as any remedies available under applicable law for spoliation of evidence or otherwise.

Thank you for your prompt attention to this matter. If you have any questions or concerns in reference to the above-captioned Civil Action, please feel free to contact me at dfreda@bettermarkets.org.

Very truly yours,

Better Markets, Inc.

Dominick V. Freda
Legal Director

BETTER MARKETS

September 10, 2026

**Via Email and Certified Mail**

Jamie Dimon
Chief Executive Officer
JP Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

Stacey Friedman
General Counsel
JP Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

**Re: LITIGATION DOCUMENT PRESERVATION NOTICE: Demand To Preserve Documents and Electronically Stored Information In Connection With *Better Markets, Inc. v. Federal Reserve et al.*, filed today in the United States District Court for the District of Columbia.**

To Mr. Dimon and Ms. Friedman,

Better Markets, Inc. ("Better Markets") hereby puts JP Morgan Chase & Co., defined to include its officers, directors, employees, agents, contractors, etc., ("JPMorgan Chase") on notice that it has today filed suit in the U.S. District Court for the District of Columbia in the matter of *Better Markets, Inc. v. Board of Governors of the Federal Reserve System and Michelle W. Bowman, in her official capacity as Vice Chair for Supervision of the Board of Governors of the Federal Reserve System* (the "Civil Action"). A copy of Better Markets' Complaint in the Civil Action has separately been emailed to you.

In connection with the Civil Action, Better Markets believes that JPMorgan Chase may have within its possession, custody, or control Documents and/or Electronically Stored Information ("ESI")—as those terms are defined in the Federal Rules of Civil Procedure and/or relevant case law—that Better Markets will seek to discover pursuant to Rule 45 of the Federal Rules of Civil Procedure at the appropriate time.

Better Markets therefore demands that you take all necessary measures to protect, preserve, and secure all such Documents and ESI within the possession, custody, or control of JPMorgan Chase including but not limited to any Documents or ESI directly or indirectly reflecting, referring to, discussing, or otherwise concerning the subject matters of the Civil Action. This demand includes a duty to suspend the operation of any so-called document-retention or auto-deletion policies, or the like, however denominated, referred to, implemented, or programmed, to the extent necessary to ensure that no potentially responsive Documents or ESI subject to Rule 45 as set forth above are changed, destroyed, overwritten, or altered in any way.

Please be advised that should Better Markets determine that responsive Documents or ESI were altered, written over, deleted, lost or destroyed after the date of this letter, Better Markets reserves all rights and remedies available to it, including, but not limited to, those available under the Federal Rules of Civil Procedure, as well as any remedies available under applicable law for spoliation of evidence or otherwise.

Thank you for your prompt attention to this matter. If you have any questions or concerns in reference to the above-captioned Civil Action, please feel free to contact me at dfreda@bettermarkets.org.

Very truly yours,

Better Markets, Inc.

Dominick V. Freda
Legal Director