**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BETTER MARKETS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM and MICHELLE W. BOWMAN (in her official capacity as Vice Chair for Supervision),<br><br>*Defendants*. | Civil Action No. 1:26-cv-3163 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, filed November 13, 2026, and the accompanying Memorandum in Support, and based upon the entire record of these proceedings, it is this ___ day of _________, 2027, hereby

ORDERED that Defendants' Motion to Dismiss is **GRANTED**.

_______________________________
JAMES E. BOASBERG
Chief Judge